# In the United States District Court for the Northern District of Illinois Eastern Division

ANTOINETTE WILLIAMS,

    Plaintiff,

vs.

BLH ACQUISITIONS CO., LLC, MATTESON SPORTS BAR, d/b/a BAR LOUIE MATTSON, NEXGEN HOTELS MANAGEMENT, INC., and DEEPAK SHAH,

    Defendant..

Case No.: 1:21-cv-04043

AFFIDAVIT OF SERVICE

I, Nicholas Currie, being first duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee of United Processing, Inc., a licensed private detective agency, license number 117-001101, appointed by the court to serve process in the above-referenced cause.

On October 21, 2021 at 2:30 PM, I served the within Summons in a Civil Case, Complaint, Affidavit of Compliance for Service on Secretary of State and Filing Fee $10.00 on **Nexgen Hotels Management, Inc.** in the following manner:

**Corporate Service:** By leaving a copy of the Summons in a Civil Case, Complaint, Affidavit of Compliance for Service on Secretary of State and Filing Fee $10.00 with Hanan F, Business Service Representative of c/o Secretary of State, 69 W. Washington Street, 12 Floor on behalf of **Nexgen Hotels Management, Inc.** .

Service was effected at **c/o Secretary of State, 69 W. Washington Street, 12 Floor , Chicago, IL 60602**.

Description of person process was left with:

Sex: **Female** - Skin: **Black** - Hair: **Brown** - Approx. Age: **44** - Height: **5ft7in** - Weight: **175**

Signed and sworn to before me on this 21 day of October, 20 21.

County of Cook

Notary Public

X _____
Nicholas Currie
Investigator/Process Server
Date Signed: 10/21/21
License(s): Agency: 117-001101



MAREK SKRZYDLAK
Official Seal
Notary Public - State of Illinois
My Commission Expires Aug 19, 2024

United Processing, Inc.
770 N. LaSalle Dr. Suite 615
Chicago, IL 60654
(312) 629-0140
File #
Court Date:

*730993*